IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2021 APR -6 PM 2:34

U.S. DISTRICT COURT
SAN JUAN, P.R.

YASHEI ROSARIO & DEVELOPMENT SOCIOECONOMIC AND CONSERVATION FIDEICOMISO OF VIEQUES DESCO, INC.
HC 2 BOX 12914 VILLA BORINQUEN 172 VIEQUES, PR 00765

Plaintiff,

vs.

ELECTORAL COMMISSION OF PUERTO RICO
P O BOX 195552 SAN JUAN, PR00919-5552 550 AVE. ARTERIAL B. EDIFICIO ADMINISTRATIVO HATO REY, SAN JUAN

Defendant

CASE NO.: 21-1153 - FAB

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI?

REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED?

DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH!

WHY THE DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT ON THE TERRITORIAL PLEBISCITE AND CEE FOUND NO JURISDICTION? HOW CEE VIOLATED THE ORDER OF CHIEF DISTRICT JUDGE GUSTAVO GELPI CLAIMING = NO JURISDICTION = PRECLUDING CONGRESS FROM ENACTING LEGISLATION THAT WOULD TREAT VIEQUES AS A U.S. TERRITORY APART FROM PUERTO RICO? COULD THE HONORABLE COURT GRANT VIEQUES LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS = VOTING RIGHTS?

## HAWAII V. PALMIRA ATOLL = REMAINED APART- INCORPORATED POSSESION

Respectfully comes now, Plaintiffs Yashei Rosario and Development Socioeconomic and Conservation Fideicomiso of Vieques, DESCO Inc., pleading for mercy to the Honorable Court, in terms of the claim in which the Native Viequenses had a lifetime petitioning for Vieques to be apart from the Puerto Rico Territory. 1940-2021 = 81 years struggling and crying out for some of the *FREEDOM*, that Vieques as Private Vieques helped the United States to achieve and protect. The survival of Viequense's lives had become a TRAGEDY from the hands of the Commonwealth of Puerto Rico who had demonstrate their incapacity to manage 78 municipalities = Ruining Puerto Rico.

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED? DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! -1

2017 – 2021: "NO HOSPITAL – NO CARGO FERRY – NO FOOD = GENOCIDE = FEDERAL CRIME."



ARE WE CONSIDERED HUMANS? TAKE A LOOK OF THE BOARDING SIGHT FOR THE TOURISM AT THE OLD FAJARDO TERMINAL SITTING ON THE SEWAGED GUTTERS = UNHUMAN TREATMENT FINANCED WITH FEDERAL FUNDS.

**REMEDY: COULD THE HONORABLE COURT PROTECT THE LIVES OF THE VIEQUENSES THROUGH A MANDATRY ORDER RATIFYING THEIR VOTING RIGHTSTHROUGH A TERRITORIAL PLEBISCITE AND CLARIFY THE JURISDICTION OF THE COURT ON THE PROCEEDINGS ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTERS LISTS?**

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED? DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 2

## VIEQUES WILL NOT BE A BURDEN TO THE UNITED STATES
### PRESENTED JUNE 2014, 535 COPIES HOUSE AND SENATE AND TO PRESIDENT BARACK OBAMA



**SAVING PRIVATE VIEQUES.COM** WE **DID** OUR **DUTY!**
VIEQUES CASE VS. THE COMMONWEALTH OF PUERTO RICO FILED AT THE UNITED NATIONS
WE DO NOT WANT TO PERISH WITH THE COMMONWEALTH OF PUERTO RICO
DOES THE REPUBLICAN CONGRESS CAN MAKE HISTORY CREATING VIEQUES
AS U.S. VIEQUES THE NEW U.S. TERRITORY, GOVERNOR, COMM. RESIDENT AND $50 MILLION ANNUAL BUDGET

## Vieques Caribbean Library Theme Park
### By the Corporation of Development Socioeconomic Sustainable of Vieques, CODESU, INC.





**Description:** We have developed a full presentation for this proposed plan. However, please find this as a brief synopsis of our viable and Sustainable Development Plan for the economic development of Vieques. Puerto Rico is called worldwide, "The Welfare Parasite Island" a society created by the politician's strategies, and **We** Want to break through and put to work the 90% of our Population/Youth, creating over 4,000 fun jobs, direct and indirect. **"The Vieques Caribbean Library Theme Park"**

With your financial assistance will also allow us the creation of basic infrastructure, and Self-Sustaining Industry and a productive society. **Although Vieques** is a small island with a similar 8,050 population like Ketchikan, Alaska, and our Library Theme Park, will be a cultural and historical based attractions will create a Visitors Educational Service with our Life Library, also with our Folkloric Dances Glamorous Extravaganza ballet.

**Vieques has 12 months of warm weather** and a full year tourism season. The Navy built a magnificent mile long Structure, known as Mosquito Pier. These would be the bases to Expand and create a Wooden Port Terminal, similar to the one in St. Petersburg, Florida; thus trough a Nature based Cruise line Industry, Vieques can generate needed employment



and potentially become one of the best American Caribbean Recreational areas. Vieques can become more competitive than the Virgin Islands and one of the best attraction for American and International Families. Just compare Mosquito Pier, which is 3 times longer that the St. Petersburg Pier, then compare and project those earnings for Vieques.

### Vieques the Greatest Investment of the United States

**Marketing:** With responsible planning and development, we can receive **Six Cruises daily**. This would include the already exiting natural protected areas and the creation of family based historical cultural 6 Pavilions based on Taino, Spanish/Colonial and African cultures, and the rich history of Vieques, plus the Navy History Pavilion since World War II.

A Water Park with Artificial Water Falls and swimming pools recreating the Rain Forest will be an added attraction and floating



Aquarium, and the Aqua-Mini Golf, plus a Water Go-Kart & Ground Tracks. In a sustainable manner. 5ive Caribbean History Pavilions: 1. Taino Indians, 2. Spain, 3. African, 4. Famous People 5. Vieques, and the 6th Navy's Pavilion. Grant us an old submarine and old ships for touring, and All Non-Top Secret material, can be shown.

**Financial Perspective:** By selling an all included $150.00 **"Vieques City Pass"**. We project the Following, For example: 3,000 Pax x 8 Cruises daily = 24,000 visitors...

$150.00 = $3, 600, 000 dollars daily x 7 days = $25, 200, 000 weekly x 4 weeks = **$100, 800, 000** Monthly x 12 month = **$1,209, 600,000 x 8% = $ 96,768,000 Federal Tax U.S. Payment**

*YES, THE UNITED STATES CAN CREATE NEW THINGS TO MAKE AMERICA PROUD*

**WE WILL NOT BE A BURDEN**

The $100, 800, 000 profit x 12 month = $1,209, 600, 000 annually, on the entrance only; plus the Tours, Souvenirs shops and a Fish Based Menu Restaurants by the seashore = **Vieques Self-Sustainable Development Plan.** A good amount of the profit will be deposit in an "Emergency Trust Account" to prevent us from repeating the Government of Puerto Rico financial mistakes. The remainder of the earnings that are not used for maintenance and operational facility expenses will be geared to assisting Vieques, such as:

- Will Finance **CARIBBEAN MEDICAL CENTER WITH A CANCER CLINIC.** The proper machinery for agriculture, poultry, cattle, and other livestock industry, like producing our own Milk Industry locally. Finance to improve our hailing fishing industry; create sea farming and a Lobsters/Crab/Shrimping industry.

To pursue our very own Ocean Thermal Energy Plant and **produce our own water and electricity.** Develop a partnership with a University to create a Bilingual Local Campus to create a well educate professionals society.

In a number of cases the Federal Government has loaned money to various companies, but not limited to GM, Chrysler and through these loans the companies have been able to move ahead and thus stop depending on taxpayer money. In Vieques, the Federal Government spends a large sums on Social Welfare Assistance. You may give the Grant that **We** deserve or by granting us a loan of $150 million dollars, we will not only be able to repay the Federal Government, we will be able to create a Solid Government with a self-sustainable industry and a self-sustainable strong economy.

**REDUCING CRIME AND WELFARE TO LESS THAN 5% BECOMING A PRODUCTIVE SOCIETY: "MAKING AMERICA PROUD"**
**WE RATHER LIKE A GRANT, BUT WE WILL PAY BACK ANYWAY BECAUSE NOTICE THE 8% TAX, WILL BELONG TO THE FEDERAL DEPARTMENT OF TREASURE**

Mrs. Yashei Rosario, President, Development Socioeconomic Sustainable Trust of Vieques, CODESU, INC.

## MICHELLE OBAMA CAME TO VIEQUES, DESCO WASN'T INVITED TO DEFEND THEIR CLAIM.
## JUNE 2014 – 2021: CONGRESS MAY ENACT LEGISLATION THAT WOULD REMOVE VIEQUES FROM THE FORAKER LAW APART FROM THE U.S. PUERTO RICO TERRTIRORY = 6TH INSULAR U.S. TERRITORY.

### 1940-2003: WE DID OUR DUTY

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 8 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 3

1. **CASE 17-1103 (FAB)** FOIA Case trying the get the evidece on DoD/Navy/Marines payments FOIA CASE, for the Socioeconomic Development of Vieques.

2. **CASE 17-1940 (WGY)** Demanded for $250,000 to finance Vieques Territorial Plebiscite and through the transition period **and Judge Young applied PROMESA, CASE CLOSED.**

3. **CASE 17-cv-2023 (CCC):** All the community need it to pursuit a Plebiscite/Referendum is the Municipality Endorsement presented to the Electoral Commission and they requested an ORDER OF COURT to celebrate the proceedings challenging the Plaintffs.

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Vieques
Oficina del Alcalde

Hon. Victor M. Emeric Catarineau
Alcalde

25 de enero de 2018

Sra. Yashel Rosario
HC2 Box 12914
Vieques, PR 00765

Estimada señora Rosario:

Acuso recibo de su reciente comunicación en la cual solicita el endoso municipal para la celebración del Referéndum de Soberanía Insular que propone celebrar el 25 de marzo de 2018. En su solicitud usted expresa que su meta es separar a Vieques de Puerto rico a causa de que "EL PROBLEMA NOS SON LAS LANCHAS SINO 77 AÑOS DE NO DESARROLLO ECONÓMICO"

Realmente en mi experiencia como alcalde en estos últimos (5) cinco años he sentido el abandono tanto de mi anterior Administración como de ésta hacia el pueblo de Vieques. Cuando se hacían y hacen planteamientos y denuncias al Gobierno Central sobre la necesidad de mejorar los servicios de salud, transportación marítima, seguridad y otros servicios estatales, algunos funcionarios del ejecutivo o inclusos aquellos que han ocupado o ocupan puestos electivos tratan de hacer ver que eso es responsabilidad exclusiva del alcalde, cuando en realidad la responsabilidad es del Gobierno Estatal, porque son servicios estatales. Pero para algunos "la culpa es ajena."

Inclusive en Vieques por años las carreteras estatales han sido completamente desatendidas por el Gobierno Estatal. El Municipio con sus limitados recursos las atiende como puede sin recibir un solo centavo de compensación o ayuda a cambio. Lo mismo con el problema de los caballos realengos en las carreteras estatales. El Gobierno Estatal se ha desatendido del problema dejando al Municipio solo en la búsqueda de alternativas para atender el problema de seguridad que esto representa para nuestro pueblo y aquellos que nos visitan.

Estamos también de acuerdo que hace falta un plan de desarrollo económico para Vieques. Lamentablemente son ciertos viequenses, además, del Gobierno de Puerto Rico, los primeros obstáculos al desarrollo de Vieques ya que se oponen a cualquier innovación y todo es no.

Durante mi administración siempre he apoyado toda expresión democrática de nuestra gente, sin buscar protagonismos hemos dado el espacio para que el pueblo se exprese, sea mediante asambleas de pueblo, donde hemos sabido participar y escuchar sin imponer ideas o posiciones o el referéndum del puente de Vieques, donde se dio la oportunidad a nuestro pueblo a expresar su posición sobre los sistemas de transportación entre Vieques y Puerto Rico.

Me parece que este referéndum puede ofrecer a los viequenses la oportunidad de dar un mensaje claro y contundente de que históricamente hemos sido abandonados por las administraciones del gobierno central en Puerto Rico y que ha llegado el momento en que se nos den las herramientas para promover el desarrollo sustentable de nuestra isla.

En resumen, el Fideicomiso de Desarrollo Sustentable de Vieques, tiene mi endoso para llevar a cabo el referéndum de soberanía insular de Vieques, confiamos que puedan cumplir con los requisitos que se les establezcan y que puedan levantar los recursos económicos para cubrir los gastos de este ejercicio democrático.

Atentamente,

Hon. Victor M. Emeric Catarineau
Alcalde

a)    In which the Community will Pay for all the Proceedings Expenses for the Vieques Territorial Plebiscite.

b)    Plaintffs engaged the claim for two (2) years and transferred to the Court of Appeal First Circuit of Boston and PRIMESA Title III Stay was applied to the Claim.

c)    Order of Court to pursuit the Stay Relief at Title III Court.

d)    Plaintiffs filed Case at Title III Court requested No other choice but to pursuit for a Territorial Plebiscite to reach for the Community needful in-house in which Guam before Pearl Harbor had development and the Navy-Marines were there; and the U.S. Virgin Islands have all their needful locally.

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED? DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 4

COMISION ESTATAL DE ELECCIONES

ÁNGEL L. ROSA BARRIOS
Secretario

11 de diciembre de 2018

Sra. Yashel Rosario
HC 2 Box 12914
Vieques, PR  00765

RE: REFERÉNDUM

Estimada señora Rosario:

Conforme a su petición de solicitud para que la Comisión Estatal de Elecciones atienda la celebración de un Referéndum en el pueblo de Vieques para el mes de febrero de 2019, la misma se incluyó para evaluación en la Reunión del pasado 28 de noviembre del corriente. Discutido el asunto, la Comisión resolvió que hasta que no se produzca una orden judicial determinando que procede la consulta propuesta por usted para incorporar a Vieques como territorio separado de los Estados Unidos; la Comisión no tiene nada que proveer.

Sin otro particular, quedo

Cordialmente,

Ángel L. Rosa Barrios
Secretario

4. The Electoral commission altered the Petition of the Plaintiffs in which never requested any separation from the United States but apart from the Puerto Rico Territory, to deny the Territorial Plebiscite proceedings to the community.

5. **Title III Court: Judge Laura Taylor Swain find Cause on Modern Legal Genocide**

Case 3:20-cv-01307-LTS    Document 7    Filed 07/09/20    Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------x

YASHEI ROSARIO,

    Plaintiff,

    -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Defendants.

------------------------------------------------x

Case No. 3:20-cv-1307-LTS

ORDER REGARDING MOTION OF STAY RELIEF
BASED ON MODERN LEGAL GENOCIDE (DOCKET ENTRY No. 3)

The Court has received and reviewed the *Motion of Stay Relief Based on Modern Legal Genocide* (Docket Entry No. 3 in 3:20-cv-1307, the "Complaint"), filed by Plaintiff Yashei Rosario. The Court will henceforth construe the Complaint's request for stay relief as a motion for relief from the automatic stay (the "Motion"), and transfer it to Case No. 17-3283 for consideration as a contested matter in the Commonwealth's Title III case. In the interests of clarity and efficiency, the Clerk of Court is directed to transfer the Motion to Case No. 17-3283.

SO ORDERED.

Dated: July 9, 2020

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPÍ? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED? DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 5

6. The 203 signatures - Yashei Rosario as Plaintiff because the Community Board granted Rosario the empowerment and to never stopped until the accomplishment of the community's claim:

a) **Plaintiffs followed the example of the 102:**

b) TOOK 102 SIGNATURES OF COURAGE TO BUILD THE AMERICAN NATION

c) **Exhibit #2:** According to the population of 10,000: Vieques for the creation of a Political Party needs, to make governmental changes, ***REQUIRED 200 SIGNATURES.***

d) Notice on Case 17-cv-2023 (CCC) Filed 203 SIGNATURES to treat Vieques as a U.S. Territory apart from U.S. Puerto Rico Territory.

e) TOOK JUST 203 SIGNATURES TO TREAT VIEQUES AS A SELF SUSTAINABLE U.S. TERRITORY.

f) Filing Case 17-cv-2320 (CCC) and Judge Carmen Consuelo Cerezo accepted the Municipality Endorsement, unvalidated by the Electoral Commission and after two years of litigation at the First Circuit of Boston, trying to lift the automatic stay and Judge Laura Taylor Swain found Cause of Modern Legal Genocide.

g) Even though the Territorial Plebiscite is a Political Claim, the Honorable Court must acknowledge the terrible incidents risking lives of the viequenses and causing death.

Case:17-03283-LTS   Doc#:11885   Filed:02/28/20   Entered:02/28/20 16:27:51   Desc: Main
Document   Page 1 of 2

Exhibit #3

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER FURTHER AMENDING CASE MANAGEMENT PROCEDURES

Upon the *Notice of Presentment of Proposed Order Further Amending Case Management Procedures*, dated February 19, 2020 (Docket Entry No. 11288 in Case No. 17-3283, the "Notice");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306 of PROMESA; and it appearing that venue in this district is proper pursuant to section 307 of PROMESA; and the Court having found that the relief requested in the relief requested is in the best interests of the Debtors, their creditors, and other

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Notice.

200228 ORD AMENDING CMO (11TH CMO).DOCX      VERSION FEBRUARY 28, 2020

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO DELIBERATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED? DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 21 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 6

h) JUDGE SWAIN APPROVED EXHIBIT #1: MUNICIAPLITY ENDORSEMENT

ratifying Judge Carmen Consuelo Cerezo DOUBLE APPROVAL, on the January 25, 2018, Municipality Endorsement for the celebration of the Vieques Territorial Plebiscite.

Case:17-03283-LTS   Doc#:11885   Filed:02/28/20   Entered:02/28/20 16:27:51   Desc: Main Document   Page 2 of 2

parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The *Eleventh Amended Notice, Case Management and Administrative Procedures* attached hereto as **Exhibit 1** is approved.

2.    The notice section is updated.

3.    The scheduling section has been revised to eliminate references to omnibus hearings that have already occurred.

4.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

5.    This Order resolves Docket Entry No. 11288 in Case No. 17-3283.

SO ORDERED.

Dated: February 28, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**DOES PROMESA TITLE III LAW & COMMONWEALTH OF PUERTO RICO ARE ABOVE 18 U.S. CODE § 1091 – U.S. GENOCIDE LAW? SEPTEMBER 17, 2017 = NO HOSPITAL MARCH 1/2021 = NO CARGO FERRY – NO FOOD - NO MEAT – NO VEGETABLES = GENOCIDE?**

**HAWAII V. PALMIRA ATOLL = REMAINED APART- INCORPORATED POSSESION**

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED. DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 7

## JUDGE LAURA TAYLOR SWAIN FIND CAUSE ON GENOCIDE TO PERSUIT THE CASE 3:17-BK-3273 (LTS)

Finally, after two (2) years litigating the Plaintiffs filed at the Electoral Commission of Puerto Rico the Order of Court requested by them and regardless, if Angel Rosa was not at CEE, it was done.

1. **Civil Case No. 20-1307:** To reach the Title III Court filed at the Civil Court and transferred the attention of Id. United States District Judge Laura Taylor Swain **CASE 3:17-BK-3273 (LTS)**, who upheld the automatic stay adjusting the management in terms of Exhibit #1 APPROVED. Municipality Endorsement, authorizing the expressions of the Residents of Vieques to be heard through a Territorial Referendum/Plebiscite. (Docket No. 10).

2. February 11, 2021, Letter of the Electoral Commission (CEE) took 30 days suppressing the Order of Judge Laura Taylor Swain and the Judgement of the Chief United States District Judge Gustavo Gelpi, claimed **NO JURISDICTION**, abridging the Vieques Territorial Plebiscite deadline on February 27, 2021, to reach the United States Congress on time, before the P.R. Statehood Session

   a) The Electoral Commission dishonored their own request on December 11, 2018, of the ORDER OF COURT to celebrate the Vieques Territorial Plebiscite violating one more time the Voting Rights of Vieques, after two (2) Years of litigation and paid the U.S. Court of Appeal to finally Title III Court APPROVED Exhibit #1: Municipality Endorsement.



Lcdo. Rolando Cuevas Colón
Secretario

CEE-AC-21-033

11 de febrero de 2021

MIEMBROS DE LA COMISIÓN

CERTIFICACIÓN DE ACUERDO

Se transcribe el Acuerdo de la Reunión de Comisión celebrada el miércoles, 10 de febrero de 2021, para su conocimiento y acción que corresponda.

COMUNICACIÓN DE LA SRA. YASHEI ROSARIO

Luego de analizar los planteamientos y documentos presentados, el Comisionado Electoral PPD presenta moción a los efectos de determinar que la Comisión carece de jurisdicción sobre lo planteado y solicitado, toda vez que representa materia de asunto legislativo. La moción presentada fue secundada por el Comisionado Electoral de MVC.

Discutido el asunto por los Comisionados, acordaron de forma unánime aprobar la determinación de falta de jurisdicción. La Sra. Rosario será notificada.

Así se acuerda.

Lcdo. Rolando Cuevas Colón
Secretario



PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED! DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 8

1. The Electoral Commission demonstrated that has NO PRINCIPLES. Although, in terms of precedents the Plaintiffs compared the Commonwealth's politicians and the Electoral Commission with the first Three Chiefs of Justice of the U.S. Supreme Court, who manipulated the United States Constitution until "JOHN MARSHALL, Fourth Chief of Justice, who took some law credits, validate the Constitution as untouchable.

2. And the Commonwealth's Politicians are fooling with the Principles of John Marshall's law. Righteously, the Plaintiff recognize John Marshall's Law as the precedents v. Government/Commonwealth's politicians manipulating the Constitution of the United States:

    i.    **Vieques v. Maryland and Vieques v. McColloch.**

Case 3:20-cv-01307-CCC    Document 13    Filed 12/23/20    Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

YASHEI ROSARIO,

Plaintiff,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, et al,

Defendants.

CIVIL NO.  20-1307 (CCC)

### ORDER

Plaintiff Yashei Rosario brought this case against the Commonwealth of Puerto Rico seeking to lift the Title III PROMESA automatic stay in Civil Case No. 17-2320. (Docket No. 3). Plaintiff further asks the Court to authorize and order a territorial plebiscite to determine the political status of the island municipality of Vieques, Puerto Rico. Id. United States District Judge Laura Taylor Swain upheld the automatic stay. (Docket No. 10). Therefore, the Court is left to decide solely the territorial plebiscite issue.

The plebiscite claim presents an insurmountable justiciability issue under the political question doctrine.  A controversy involves a political question when there is "a textually demonstrable constitutional commitment of the issue to a coordinate political department[.]" Zivotofsky ex rel. Zivotofsky v. Clinton, 566 U.S. 189, 195 (2012) (quoting Nixon v. United States, 506 U.S. 224 228 (1993) (quotation marks omitted).  This case involves such a political question. Entertaining Plaintiff's claim would indispensably require this Court to make a policy decision that would, in turn, usurp the constitutional prerogative of Congress to make needful rules and

3.

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REASON: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED. DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUNNING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 9

Case No. 20-1307 (CCC)

regulations as to United States territories. U.S. Const. art. IV, § 3, cl. 2. As a result, Plaintiff's complaint at Docket No. 3 must be dismissed for failure to state a claim.[1]

This ruling in no way precludes Congress from enacting legislation that would treat Vieques as a U.S. territory apart from Puerto Rico. In fact, there is precedent for this. In 1959 when Hawai'i was admitted as a state, Palmyra Atoll, which was part of the territory of Hawai'i, remained a separate incorporated possession. See Gustavo A. Gelpí, Insular Cases: A Comparative Historical Study of Puerto Rico, Hawai'i, and the Philippines, Fed. Law., 23, (March/April 2011).

SO ORDERED.

In San Juan, Puerto Rico this 23rd day of December 2020.

s/ Gustavo A. Gelpí
GUSTAVO A. GELPI
Chief United States District Judge

4. Respectfully, in terms of the District Judge Gustavo Gelpi's interpretation Judge Laura Taylor Swain: "Therefore, empowered the Court to **SOLELY DECIDE ON THE TERRITORIAL PLEBISCITE**"

    a) Perhaps the Honorable Court could acknowledge that the Electoral Commission PRECLUDE Congress from enacting legislation, Saving Private Vieques, preventing the Viequenses to Vote in a Territorial Plebiscite on February 27th, 2021, April 24, 2021 and finally on May 29th, 2021.

5. Respectfully, requesting from the honorable court, a MANDATORY ORDER for the Electoral Commission in which the honorable court may demonstrate the JUDGES JURISDICTION, obligating (CEE) to honor the effort of the Plaintiffs, and to demonstrated **RESPECT TO THE HONORABLE COURT ORDERS.**

## SOMEBODY HELP US PLEASE 911
### NO HOSPITAL – NO CARGO FERRY – NO FOOD = GENOCIDE?
### HAWAII V. PALMIRA ATOLL = REMAINED APART- INCORPORATED POSSESION

RESPECTFULLY TO THE HONORABLE COURT, ARE WE ENTITLE TO SOME OF THE FREEDOM THAT WE HELPED THE UNITED STATES TO DEFEND AND PROTECT FOR 63 YEARS? SOMEBODY HELP US PLEASE 911, HELP! AUXILIO! AND NOW ARE WE GOING TO JAIL WHEN WE CAN NOT TAKE THIS GENOCIDE ANYMORE? ARE WE CONSIDERED LESS AMERICANS? WHAT IS THE MEANING OF THE INALIENABLE RIGHTS? ARE WE EXCLUDED FROM LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS? AT LEAST, ARE WE ENTITLE TO VOTE?

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED? DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 10

THE HONORABLE COURT MUST ACKNOWLEDGE THAT CONGRESSWOMAN NYDIA VELAZQUEZ IS PURSUING FROM CONGRESS A REFERENDUM FOR THE INDEPENDENCE OF PUERTO RICO VS CONGRESSWOMAN JENNIFER GONZALEZ WHO PURSUIT THE STATEHOOD FOR PUERTO RICO = IN WHICH VIEQUES WANTS TO PUT AND END TO THIS UNHEATHLY POLITICAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO THROUGH A TERRITORIAL PLEBISCITE = APPROVED?

1940- 2021: PLEASE, 81 YEARS OF NON-DEVELOPMENT DAMAGES ARE MORE THAN ENOUGH! GUAM AND THE VIRGIN ISLANDS HAD THE PROPER DEVELOPMENT BUT NEITHER HAD A RELATIONSHIP WITH THE GOVERNMENT/COMMONWEALTH OF PUERTO RICO.

**MAY 29, 2021** * STATEHOOD OR INDEPENDENCE FOR PUERTO RICO WITHOUT VIEQUES

## HAWAII V. PALMIRA ATOLL = REMAINED APART- INCORPORATED POSSESION
### VIEQUES TERRITORIAL PLEBISCITE
### VIEQUES UNINCORPORATE TERRITORIAL PLEBISCITE

COULD THE HONORABLE COURT INTERPRET THE ORDER OF THE ELECTORAL COMMISSION DETERMINING "NO JURISDICTION" SUPPRESSING, ABRIDGING AND DENYING THE 15TH AMENDMENT AND THE VOTING RIGHT ACT OF 1965 = TO THE AMERICANS RESIDENTS OF VIEQUES? DO THEY (CEE) ENTITLE TO DISHONOR THE ORDERS OF DISTRICT JUDGE LAURA TAYLOR SWAIN AND CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI? TOOK 102 SIGNATURES OF COURAGE TO BUILD A NATION AND WE ARE 203.

PLEASE, SEE THE DEFENSE AND INVESTIGATION ON CASE 17-CV-2023 (CCC) = GENOCIDE. 81 YEARS PROMISING A BETTER FERRY SERVICE, IN WHICH THEY TRULY CONTROLLED, WHERE THE VIEQUENSES SPEND THEIR MONEY AND THEIR MEDICAL INSURANCE = GENOCIDE.

*HONORABLE GUSTAVO GELPI, HELP! SOMEBODY! ARE WE CONSIDERED HUMANS?*

Respectfully submitted, on the 7 day of April 2021,

Yashei Rosario

HC 2 Box 12914 Villa Borinquen 172

Vieques, PR 00765 (787) 903-3233

Vieques.codesu@yahoo.com

PLEADING: UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE HONORABLE COURT TO DECIDE SOLELY THE TERRITORIAL PLEBISCITE ISSUE. THEN, HOW THE ELECTORAL COMMISSION OF PUERTO RICO (CEE) SUPPRESSED, ABRIDGED AND DENIED THE VOTING RIGHTS TO THE VIEQUENSES? HOW CEE VIOLATED THE CONSTITUTIONAL RIGHTS OF ALL AMERICANS, PROTECTED BY THE 15TH AMENDMENT AND THE VOTING RIGHTS ACT OF 1965 AND THE FOUNDATION OF THEIR OWN OFFICE? HOW CEE CLAIMED, "NO JURISDICTION" OF THE HONORABLE COURT, ON THE VIEQUES TERRITORIAL PLEBISCITE ORDERS OF JUDGE LAURA TAYLOR SWAIN AND CHIEF DISTRICT JUDGE GUSTAVO GELPI? REMEDY: A MANDATORY ORDER OF COURT INSTRUCTING THE ELECTORAL COMMISSION (CEE) TO CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE ACCORDING TO THE ORDERS OF COURT. THE HONORABLE COURT MUST CLARIFY THEIR JURISDICTION IN TERMS OF THE VOTING RIGHTS OF ALL AMERICANS AND IF THE VIEQUENSES ARE EXCLUDED? DEADLINE ON MAY 29, 2021 - FIVE ELECTORAL COLLEGES WITH CEE VOTER LISTS. 81 YEARS OF NON-DEVELOPMENT DAMAGES RUINING THE VIEQUENSES INALIENABLE RIGHTS ARE MORE THAN ENOUGH! - 11