**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

YASHEI ROSARIO, DEVELOPMENT
SOCIOECONOMIC AND CONSERVATION
FIDEICOMISO OF VIEQUES DESCO,
INC.,

    **Plaintiffs,**

        **v.**                              **Civil No.** 21-1153 (FAB)

ELECTORAL COMMISSION OF PUERTO
RICO,

    **Defendant.**

**JUDGMENT**

In accordance with the Order entered today (Docket No. 3), this case is **DISMISSED, without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 7, 2021.

                        s/ Francisco A. Besosa
                        FRANCISCO A. BESOSA
                        UNITED STATES DISTRICT JUDGE